## STATEMENT OF FACTS

On Tuesday, April 9th, 2019, at approximately 11:56 p.m., members of the Metropolitan Police Department (MPD), Narcotics and Special Investigations Division (NSID), Gun Recovery Unit (GRU), were on patrol in the Seventh District in Washington, D.C.

Officers were traveling in a vehicle in the 1200 block of Sumner Road, SE in Washington, D.C. and observed a group of individuals standing in front of 1225 Sumner Road, SE. The officers got out of their vehicle and approached the group. Officer Tariq observed an individual later identified as Marx Jackson (Defendant Jackson) and attempted to make contact with him. Defendant Jackson took unprovoked flight, running up the stairs of 1225 Sumner Road, SE. Officers gave chase and stopped Defendant Jackson in the entry hallway of 1225 Sumner Road, SE, which is home divided into multiple units. Officers attempted to place Defendant Jackson in handcuffs. Defendant Jackson attempted to discard an unknown item from the front side of his waistband with his left hand. Officer Anderson conducted a pat down of Defendant Jackson's waistband area and felt a hard metal object which he immediately recognized to be a firearm.

Officers recovered a black in color Springfield Armory XD-40 .40 Caliber pistol with a serial number of US356065 from Defendant Jackson's waistband. The firearm had no rounds in the chamber, but was loaded with a twelve (12) round capacity magazine that was loaded with ten (10) rounds.

A WALES/NCIC check of the firearm's serial number revealed that the firearm was reported lost out of Florida. There are no gun manufacturers in the District of Columbia.

A WALES/NCIC check also revealed that Defendant Jackson did not have a concealed carry permit or a registered handgun. A law enforcement database check of Defendant Jackson revealed that he was previously convicted in DC Superior Court case 2015 CF3 016655 for Carrying a Pistol without a License. This is a crime punishable by more than one year in the District of Columbia. Defendant Jackson is a convicted felon and therefore is in violation of Title 18, U.S.C. Section 922(g)(1), felon in possession of a firearm.

_____
DETECTIVE KIRK DELPO
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE